```
 1
 2
 3
 4
 5
 6
 7
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT AUSTIN JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>        Defendant. | Case No.: 1:13-cv-00661-BAM PC<br><br>ORDER DIRECTING CLERK"S OFFICE TO SEND COMPLAINT FORM TO PLAINTIFF<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLAINT WITHIN THIRTY DAYS<br><br>(ECF Nos. 1, 6) |

On March 1, 2013, Plaintiff Robert Austin Johnson ("Plaintiff"), a state prisoner proceeding pro se, sent a letter to the Northern District of California. (ECF No. 1.) The letter concerns the medical care he received at Sierra Conservation Center in Jamestown, California. The Clerk's Office opened a civil action. On April 5, 2013, Plaintiff filed supplemental information and briefing in support of his letter. (ECF No. 6.)

By order filed May 2, 2013, the action was transferred to this Court because the action concerns events that occurred in this judicial district. (ECF No. 8.) The Court has reviewed the letter and supplement, but declines to construe them as a complaint given that they do not meet the requirements set forth in the Federal Rules of Civil Procedure. Fed. R. Civ. Pro. 7(a), 8(a), 10(a) and (b), 15(a).

The Clerk's Office will be directed to send Plaintiff a civil rights complaint form.  Plaintiff must fill out the complaint form and submit it to the Court within thirty days.  This action cannot proceed without a proper complaint on file.  Upon receipt of Plaintiff's complaint, the Court will screen Plaintiff's complaint in due course.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff a civil rights complaint form;

2. Within thirty (30) days from the date of service of this order, Plaintiff shall file a complaint; and

3. The failure to comply with this order may result in dismissal of this action for failure to obey a court order.

IT IS SO ORDERED.

Dated:   **June 11, 2014**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

2